IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 7:15-cv-00036-O |
| **0.11 ACRES OF LAND, MORE OR LESS, SITUATE IN YOUNG COUNTY TEXAS, WESTERN STAR MASONIC LODGE, et al.,** | § § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 40. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice**. A Final Judgment, which reflects the Court's acceptance of the Magistrate Judge's Findings, conclusions, and Recommendation, will issue separately.

**SO ORDERED** on this **13th day** of **July, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE